## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DISTRICT

**UNITED STATES OF AMERICA**

v.  CAUSE NO. 4:19-cr-00050-SA-JMV

**OCTAVIAN GILMORE**

### CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL

Notice is hereby given that, subject to approval by the court, Octavian Gilmore substitutes Christopher M. Finn, State Bar No. 101367 as counsel of record in place of Gregory S. Park.

Contact Information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Finn Law Firm, P.A. |
| Address: | 227 First Street, Clarksdale, Mississippi 38614 |
| Telephone: | 662-820-6011 |
| E-Mail: | chrismfinn.cf@gmail.com |

I consent to the above substitution.

Date: 8-28-19

_____
Octavian Gilmore

I consent to being substituted.

Date: 8/28/19

_____
Gregory S. Park, Esq.

I consent to the above substitution.

Date: 8-28-19

_____
Christopher M. Finn, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/29/19

_____
JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DISTRICT

**UNITED STATES OF AMERICA**

v.                                                    CAUSE NO. 4:19-cr-00050-SA-JMV

**OCTAVIAN GILMORE**

## CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL

Notice is hereby given that, subject to approval by the court, Octavian Gilmore substitutes Cheryl Ann Webster, State Bar No. 7065 as counsel of record in place of Gregory S. Park.

Contact Information for new counsel is as follows:

Firm Name:
Address:        227 First Street, Clarksdale, Mississippi 38614
Telephone:   662-902-2550
E-Mail:          cherylwebster@websterlawoffice.onmicrosoft.com

I consent to the above substitution.

Date: 8/28/19

Octavian Gilmore

I consent to being substituted.

Date: 8/28/19

Gregory S. Park, Esq.

I consent to the above substitution.

Date: 8/28/19

Cheryl Ann Webster, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/29/19

JUDGE